UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULTISTACK LLC, MULTISTACK INTERNATIONAL LIMITED and MULTISTACK, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ARCTICHILL INC., 200 PARK INC., FREEZE CO. SYSTEMS LIMITED, and MWSK EQUIPMENT CORP.,<br><br>Defendants. | Docket: 05-CV-3865 (PAC)<br><br>ECF Case<br><br>*[CORRECTED]* |

**DEFENDANTS 200 PARK, INC. D/B/A ARCTICHILL AND FREEZE CO. SYSTEMS LIMITED'S NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 56 FOR SUMMARY JUDGMENT DISMISSING THE AMENDED COMPLAINT WITH PREJUDICE**

***PLEASE TAKE NOTICE***, that Defendants 200 Park, Inc. d/b/a ArctiChill and Freeze Co. Systems Limited (the "Freeze Defendants"), by their attorneys, Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., will move this Court, at the United States Courthouse for the Southern District of New York, 40 Centre Street, Room 2102, New York, New York 10007-1312, before the Honorable Paul A. Crotty, for an order pursuant to Fed. R. Civ. P. 56 dismissing the Amended Complaint with Prejudice.

***PLEASE TAKE FURTHER NOTICE***, that the moving party shall rely upon the accompanying Declaration of Michael A. Adler in Support of the Freeze Defendants' Motion Pursuant to Fed. R. Civ. P. 56 for Summary Judgment Dismissing the Amended Complaint with Prejudice, and the exhibits annexed thereto; the Freeze Defendants' Memorandum in Support of their Motion for Summary Judgment Pursuant to Fed. R.

#1043466 v1
105986-54202

Civ. P. 56 Dismissing the Amended Complaint with Prejudice; and the Freeze Defendants' Local Rule 56.1 Statement of Uncontested Facts in Support of Their Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 Dismissing the Amended Complaint with Prejudice.

Dated:   New York, New York
         January 3, 2006

    s/ Michael A. Adler
Vincent E. McGeary (VM 1742) *pro hac vice*
Elvin Esteves (EE-2216)
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4729 (phone)
(973) 639-6279 (fax)

Michael A. Adler (MA-6626)
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
(212) 649-4700 (phone)
(212) 333-5980 (fax)

***Attorneys for Defendants
200 Park, Inc. d/b/a ArctiChill, and
Freeze Co. Systems Limited***